IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:21-CV-00116-DSC

| | |
|---|---|
| TINA P. PARKHURST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of | ) |
| Social Security | ) |
| | ) |
| Defendant. | ) |

Plaintiff filed a Motion for approval of attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of $8,000.00 and costs in the amount of $402.00, to be paid separately from the Judgment Fund. After consultation, the parties agreed that the EAJA amount of $8,000.00, and costs in the amount of $402.00, to be paid separately from the Judgment Fund, should be paid to Plaintiff in full satisfaction of any and all claims for fees in this case.

It is ORDERED that an award of fees under the EAJA in the amount of $8,000.00, and costs in the amount of $402.00, to be paid separately from the Judgment Fund, be made payable to Plaintiff's attorney, provided that the Department of the Treasury finds Plaintiff has no outstanding debt.

**SO ORDERED**.

Signed: June 30, 2022

David S. Cayer
United States Magistrate Judge

1